# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARLA ALEJANDRA OROZCO, <br><br> Defendant. | Case No. 19cr0643-WQH <br><br> **ORDER AND JUDGMENT OF DISMISSAL** <br><br> [ECF No. 22] |

Upon motion (ECF No. 22) of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment [ECF No. 1] and Superseding Information [ECF No. 11] in the above-entitled case be dismissed without prejudice.

IT is further ordered that Motion to withdraw (ECF No. 21) is granted and Motion to dismiss (ECF No. 20) is moot.

**IT IS SO ORDERED.**

Dated: July 10, 2019

Hon. William Q. Hayes
United States District Court